1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9 | DANIEL EDWARD BEEMAN,

10 |       Plaintiff,

11 |       vs.

12 | NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

13

14 |       Defendant

| Case No.: 2:16-cv-01811-VEB
|
| ORDER AWARDING EQUAL
| ACCESS TO JUSTICE ACT
| ATTORNEY FEES AND EXPENSES
| PURSUANT TO 28 U.S.C. § 2412(d)
| AND COSTS PURSUANT TO 28
| U.S.C. § 1920

15

16       Based upon the parties' Stipulation for the Award and Payment of Equal

17 Access to Justice Act Fees, Costs, and Expenses:

18       IT IS ORDERED that fees and expenses in the amount of $3,270.93 as

19 authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

20 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

21       DATED this 4th day of December, 2017,

22

23

24

25

26

                  /s/Victor E. Bianchini
                  VICTOR E. BIANCHINI
           UNITED STATES MAGISTRATE JUDGE